UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
YUET NGOR CHEUNG DE WONG,                       :
                                                :
                              Plaintiff,        :
                                                :          23-CV-8666 (VSB)
            -against-                           :
                                                :               **ORDER**
                                                :
LAURINE LU CHENG and ALTICE USA,                :
INC.,                                           :
                                                :
                              Defendants.       :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

　　The Clerk of the Court has entered a Certificate of Default in this matter. (Doc. 38.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

SO ORDERED.

Dated: December 26, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Vernon S. Broderick
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge